**STATE of Missouri, Respondent,**

v.

**William Charles KIRKWOOD, Appellant.**

No. 46455.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 16, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1983.

Application to Transfer Denied
Nov. 22, 1983.

Debra Buie Arnold, Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Defendant appeals from his conviction, after a jury trial, of attempted robbery in the first degree for which he was sentenced to fifteen years' imprisonment. No juris-

